■ JOE ANN MCCALL, Respondent, v JOYCE A. SANDERS et al., Appellants. [971 NYS2d 724]—Appeal from an order of the Supreme Court, Niagara County (Catherine Nugent Panepinto, J.), entered August 21, 2012. The order rescinded a general release signed by plaintiff and denied the motion of defendants to dismiss the amended complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Fahey, Sconiers and Valentino, JJ.